```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 09883
   DWAYNE E WATSON
   TOKILA M WARE WATSON                          CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
              Debtor
   SSN XXX-XX-2188     SSN XXX-XX-7692

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 04/22/2008 and was not confirmed.

     The case was dismissed without confirmation 08/04/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                           PAID             PAID
----------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG        .00             .00              .00
AMERICAS SERVICING COMPA  SECURED NOT I        .00             .00              .00
VW CREDIT INC             SECURED VEHIC        .00             .00              .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00             .00              .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE   15000.00             .00              .00
MBNA AMERICA BANK         UNSECURED       16542.72             .00              .00
LVNV FUNDING              UNSECURED        1439.89             .00              .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED             .00              .00
WORLD FINANCIAL NETWORK   UNSECURED         265.04             .00              .00
US DEPT OF EDUCATION      UNSECURED        7089.08             .00              .00
PATIENTS 1ST ER MEDICAL   UNSECURED         440.03             .00              .00
UNITED CONSUMER FINANCIA  SECURED NOT I     400.00             .00              .00
UNITED CONSUMER FINANCIA  UNSECURED         434.52             .00              .00
CAPITAL ONE               UNSECURED         998.94             .00              .00
GE MONEY/JC PENNY         UNSECURED         542.11             .00              .00
ARROW FINANCIAL SERVICES  UNSECURED         139.55             .00              .00
ASCENT CARD SERVICES      UNSECURED        2447.19             .00              .00
PRA RECEIVABLES MANAGEME  UNSECURED        1906.30             .00              .00
THAYER C TORGERSON        DEBTOR ATTY         .00                               .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                           1,000.00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              1,000.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                              1,000.00
                     ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 09883 DWAYNE E WATSON & TOKILA M WARE WATSON
```

```
TOTALS                              1,000.00              1,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 11/19/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```